UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE INIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>STEVEN SMITH,<br><br>    Respondent. | No. 2:23-cv-1890 DB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, seeks an extension of time to file a traverse. Petitioner's counsel cites the press of other work as the basis for the request. Respondent does not oppose the extension of time.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that petitioner's request for an extension of time (ECF No. 10) is granted. Petitioner shall file any traverse on or before December 15, 2023.

Dated: November 14, 2023

DLB:9/DB prisoner inbox/habeas/R/inig1890.trav eot

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1