UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE INIGUEZ,<br><br>　　　　　　　Petitioner,<br>　　vs.<br><br>STEVEN SMITH, Warden, Pelican Bay State Prison, Crescent City, California,,<br><br>　　　　　　　Respondent. | No. 2:23-cv-01890-DB<br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus. Petitioner seeks an extension of time to file a traverse. Respondent does not oppose the request.

Good cause appearing, IT IS HEREBY ORDERED petitioner's motion for an extension of time (ECF No. 12) is granted. Petitioner shall file any traverse on or before January 16, 2024.

Dated: December 20, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/habeas/R/inig1890.trav eot